AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                    1501661

Civil Action No. 1:21-cv-08043

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Archit Amin__
was received by me on *(date)* __9/29/21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ **business** or usual place of ~~abode~~ with *(name)* __Jenmark Villanuava__, a person of suitable age and discretion who ~~resides~~ **works** there,
on *(date)* __10/4/21 at 2:10 pm__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/5/21__

*Server's signature*

__John L. Hudak   Lic # 1392295__
*Printed name and title*

__166-06 24th Rd Whitestone NY 11357__
*Server's address*

Additional information regarding attempted service, etc:
Served at 1190 6th Ave, NY, NY 10036
(male, tan/brown, 30, 5'9-6'0, 161-200lbs)