AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)            1501659

Civil Action No. 1:21-cv-08043

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Deep Foods Inc.**
was received by me on *(date)* **9/29/21**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Janmark Villanueva**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Deep Foods Inc.**
on *(date)* **10/4/21 at 2:10 pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/5/21**

*Server's signature*

**John L. Hudak Lic #1392295**
*Printed name and title*

**166-06 24th Rd Whitestone NY 11357**
*Server's address*

Additional information regarding attempted service, etc:
Served at 1190 6th Ave, NY, NY 10036
(male, tan, brown, 30, 5'9"-6'10", 161-200 lbs)