AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)                                    1501658

Civil Action No.  1:21-cv-08043

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Trikam NY 1190-6 LLC
was received by me on *(date)*  9/29/21  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Jenmark Villanueva  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Trikam NY
1190-6 LLC  on *(date)*  10/4/21 at  ; or
                                        2:10 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/5/21 _____

                                   _____
                                        *Server's signature*

                                   John L. Hudak   Lic #1392295
                                        *Printed name and title*


                                   166·06 24th Rd Whitestone NY 11357
                                        *Server's address*

Additional information regarding attempted service, etc:
Served at 1190 6th Ave, NY, NY 10036
(male, tan, brown, 30, 5'9-6'0, 161-200 lbs)