AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

15016660

Civil Action No.  1:21-cv-08043

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Vlorim Odza

was received by me on *(date)*   9|29|21   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ or usual place of ~~abode~~ *business* with *(name)*   Jenmark

Villanueva _____ , a person of suitable age and discretion who ~~resides~~ there, *works*

on *(date)*   10 |4|21  at   , and mailed a copy to the individual's last known address; or
2:10 PM

☑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10|5|21

_____
*Server's signature*

John L. Hudak   Lic# 1392295
*Printed name and title*

166.06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:

Served at 1190 6th Ave, NY, NY 10036
(male, tan, brown, 30, 5'9-6'0, 161-200 lbs)