# Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Tuesday, January 25, 2022 6:39 PM |
| **To:** | Frank Giambalvo |
| **Cc:** | Joshua Levin-Epstein; Alexis Abrego |
| **Subject:** | RE: Tianio v. Trikam NY, L.L.C. et al [1:21-cv-08043-LJL] |
| **Categories:** | Tianio. Manuel |

Frank,

Confirmed on all fronts.  Plaintiff hereby accepts Defendants' offer of judgment.

Wiring Instructions to Levin-Epstein & Associates, P.C. are as follows:



| | |
|---|---|
| Bank Information: | ▮▮▮▮ |
| Credit to: | ▮▮▮▮ |
| Account #: | ▮▮▮▮ |

Please confirm once the wire has been made.

Thank you,
Jason

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Frank Giambalvo <fgiambalvo@grsm.com>
**Sent:** Tuesday, January 25, 2022 12:39 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>

**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Tianio v. Trikam NY, L.L.C. et al [1:21-cv-08043-LJL]

See attached. Assuming same is acceptable to you, please also send me the wiring instructions for the payment. Lastly, please confirm there is no issue with filing the satisfaction of judgment within 3 days of confirmation that the payment has cleared. Thanks.



**FRANCIS J. GIAMBALVO**  |  Partner

1 Battery Park Plaza, 28th Floor
New York, NY 10004
D: 212-453-0780  |  C: 631-827-0531  |  fgiambalvo@grsm.com

www.grsm.com
vCard

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Sent:** Tuesday, January 25, 2022 10:50 AM
**To:** Frank Giambalvo <fgiambalvo@grsm.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Tianio v. Trikam NY, L.L.C. et al [1:21-cv-08043-LJL]

Approved. Please circulate a final .pdf for our formal acceptance.

Thank you.

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Frank Giambalvo <fgiambalvo@grsm.com>
**Sent:** Tuesday, January 25, 2022 10:29 AM
**To:** Jason Mizrahi <Jason@levinepstein.com>
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>; Alexis Abrego <Alexis@levinepstein.com>
**Subject:** RE: Tianio v. Trikam NY, L.L.C. et al [1:21-cv-08043-LJL]

Jason,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Manuel Tianio, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                               *Plaintiff,*

           - *against* -

Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., Vlorim Odza, Archit Amin, and Deepak Amin,

                             *Defendants.*
------------------------------------------------------------X

Civil Action No.: 21-cv-8043

**OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       Defendants Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., (collectively, the "Corporate Defendants"), Vlorim Odza, Archit Amin, and Deepak Amin (collectively, the "Individual Defendants", and together with the Corporate Defendants, the "Defendants"), by their attorneys, Gordon Rees Scully Mansukhani LLP, offers to allow judgment to be taken against them as to all claims against the Defendants, in this action, jointly and severally, by Plaintiff, Manuel Tianio, in the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00) , inclusive of reasonable attorney's fees, costs, and expenses accrued as of the date of this offer and apportioned to the legal representation of Plaintiff.

       Plaintiff's acceptance of this offer of judgment is in full and final settlement, satisfaction and resolution of all of Plaintiff's claims (federal, state and local), including claims for unpaid wages, liquidated damages, statutory damages and interest under the Fair Labor Standards Act and New York Labor Law asserted against Defendants in this action. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages,

or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and is made for the purposes specified therein. Evidence of this offer is not admissible except in a proceeding to determine costs. This offer of judgment is being made for the sole purpose of avoiding protracted litigation. This offer of judgment is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiffs have suffered any damages. This offer of judgment shall be kept confidential to the fullest extent permitted by law.

Acceptance of this offer of judgment will act to fully and finally release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants, in their respective capacity as such, from any and all claims, including fees and costs, that were or could have been alleged or recovered by Plaintiff in the above-referenced action up to the date of the acceptable of this Offer of Judgment, including, without limitation, any and all claims under the New York Labor Law and the Fair Labor Standards Act. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Date:   January 25, 2022
        New York, NY

                                        GORDON REES SCULLY MANSUKHANI, LLP

                                        By:   /s/ FRANCIS J. GIAMBALVO

Francis J. Giambalvo, Esq.<br>
1 Battery Park Plaza, 28th Floor<br>
New York, NY 10004<br>
Email: fgiambalvo@grsm.com<br>
*Attorneys for Defendants*

To: Levin-Epstein & Associates, P.C.
    Attn: Jason Mizrahi, Esq.
            Joshua D. Levin-Epstein, Esq.
    60 East 42nd Street, Suite 4700
    New York, New York 10165
    Email: Jason@levinepstein.com
             Joshua@levinepstein.com
*Attorneys for Plaintiff*