UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Manuel Tianio, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                           *Plaintiff,*

    - against -

Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., Vlorim Odza, Archit Amin, and Deepak Amin,

                           *Defendants.*
----------------------------------------------------------------X

Case No.: 21-cv-8043

**FED.R.CIV.P. 68 JUDGMENT**

    Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., (collectively, the "Corporate Defendants"), Vlorim Odza, Archit Amin, and Deepak Amin (collectively, the "Individual Defendants", and together with the Corporate Defendants, the "Defendants"), having offered to allow Plaintiff Manuel Tianio ("Plaintiff" or "Tianio") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of reasonable attorney's fees, costs, and expenses accrued as of January 25, 2022, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

    ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $15,000.00 as against Defendants.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2022
       New York, New York

SO ORDERED:

_____
Hon. Judge Lewis J. Liman