UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Manuel Tianio, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

- against -

Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., Vlorim Odza, Archit Amin, and Deepak Amin,

                              *Defendants*.

-----------------------------------------------------------------X

Case No.: 21-cv-8043

**NOTICE OF ACCEPTANCE OF FED.R.CIV.P. 68 OFFER OF JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Trikam NY, L.L.C., Trikam NY 1190-6, L.L.C., Deep Foods Inc., (collectively, the "Corporate Defendants"), Vlorim Odza, Archit Amin, and Deepak Amin (collectively, the "Individual Defendants", and together with the Corporate Defendants, the "Defendants"), having offered to allow Plaintiff Manuel Tianio ("Plaintiff" or "Tianio") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of reasonable attorney's fees, costs, and expenses accrued as of January 25, 2022, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendants' Offer of Judgment.

                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                By: _____
                     Jason Mizrahi
                     60 East 42nd Street, Suite 4700
                     New York, NY 10165
                     Tel. No.:  (212) 792-0048
                     Email: Jason@levinepstein.com
                     *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.